IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.      Case No. 3:08cr116 (8)

BRYAN JOHNSON,      JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH PERIOD OF RE-IMPOSED SUPERVISED RELEASE TO FOLLOW, WITH CERTAIN CONDITIONS; RIGHT OF APPEAL EXPLAINED AND DEFENDANT INDICATED AN UNDERSTANDING OF SAME; NO PROCEDURAL OR SUBSTANTIVE OBJECTIONS VOICED TO THIS COURT'S DISPOSITION; TERMINATION ENTRY

---

On November 16, 2017, the Defendant, having previously been found in violation of his supervised release which began October 30, 2015, appeared in open Court for final disposition.

Pursuant to the record made in open Court, on the aforesaid November 16, 2017, the Court revoked the Defendant's supervised release and remanded him to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of 38 months, to be served concurrently with the 24-month sentence imposed by the Court of Common Pleas. The 38-month sentence is to be followed by a 22-month period of re-imposed supervised release, with the following conditions: Defendant is to discharge all previously undischarged conditions of supervised release and to comply fully with the conditions and requirements of his State Court Post-Release Control.

Insofar as recommendations to the Bureau of Prisons are concerned, the Court recommends that the Defendant be given credit for all allowable pre-sentence jail time served from May 10, 2017; that Defendant be designated to a facility as close to his home in the Dayton, Ohio, area as possible consistent with his security status; and that Defendant receive any and all drug treatment available.

Following the above, the Defendant's right of appeal was explained to him and he indicated an understanding of same. Moreover, neither counsel for the Government nor for the Defendant voiced any procedural or substantive objections to this Court's sentence.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

January 2, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record