IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, | Case No. 3:08-cr-116 |
| - vs - | District Judge Walter H. Rice<br>Magistrate Judge Michael R. Merz |
| BRYAN K. JOHNSON, | |
| Defendant. : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 499), to whom this case was referred pursuant to 28 U.S.C. ' 636(b), and noting that no objections was filed, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Defendant's Motion for Reduction of Sentence pursuant to the First Step Act (ECF No. 496) is DENIED.

~~July~~ ____, 2019.
August 1, 2019

_____
Walter H. Rice
United States District Judge